UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
Long Island Federal Courthouse
814 Federal Plaza
Central Islip, NY 11722-4451
(631) 712-5730

BEFORE:     ARLENE R. LINDSAY     DATE: 1/10/23
United States Magistrate Judge

TIME: 11:30 a.m.

DOCKET NO: 22-cv-01942-ARL

CASE: Villelas v. Koi Kokoro Inc. et al

___ INITIAL CONFERENCE
___ STATUS CONFERENCE
___ SCHEDULING CONFERENCE     BY TELEPHONE  X
___ SETTLEMENT CONFERENCE
___ FINAL CONFERENCE
 X  FAIRNESS HEARING

| APPEARANCES: | FOR PLAINTIFF: | FOR DEFENDANTS: |
|---|---|---|
| | Lina Stillman | Diane Hwakyung Lee |

**The following rulings were made:**

    Having reviewed the terms of the parties' proposed settlement agreement, the Court finds that it is fair and reasonable, including the allocation of attorneys' fees. See Cheeks v. Freeport Pancake House, Inc., 796 F.3d 199, 206 (2d Cir. 2015). Pursuant to the agreement placed on the record by the parties the release is modified and limited to include only the corporate defendant it's predecessors and successors, and any other person or entity that plaintiff claims, or may claim, to have been his employer for purposes of his work at Koi Kokoro Inc. Accordingly, the settlement is approved. The Clerk of Court is directed to mark the case closed.

SO ORDERED:

/s/